| PROB 22 (TXN 10/05) | | CASE NUMBER (TRANS. COURT) 3:04-CR-356-L(01) |
|---|---|---|
| | TRANSFER OF JURISDICTION | CASE NUMBER (REC. COURT) CR08-129 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Bourgoin, Fofana a.k.a. Jimmy C. King | Northern District of Texas | Dallas |
| | NAME OF SENTENCING JUDGE Sam A. Lindsay | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 02/22/2007 | TO 02/21/2010 |

OFFENSE
Bank Fraud and Aiding & Abetting, 18 USC §§ 1344 & 2

### PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. DISTRICT COURT FOR THE **NORTHERN DISTRICT OF TEXAS - DALLAS DIVISION**

   IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the District Of Delaware upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 30, 2008
Date

_____
U.S. District Judge (Sam A. Lindsay)

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

U.S. DISTRICT COURT FOR THE **DISTRICT OF DELAWARE**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept 4, 2008
Effective Date

FILED
SEP - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
U.S. District Judge